THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RODRIGUE FODJO KAMDEM, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Rodrigue Fodjo Kamden's motion to extend the pretrial motions deadline (Dkt. No. 60). Having considered the motion and the relevant record, the Court finds that an extension is necessary for counsel to provide effective assistance and is in the interests of justice. The Court therefore GRANTS the motion and ORDERS that the pretrial motions deadline is extended to September 30, 2019.

DATED this 9th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR19-0146-JCC
PAGE - 1