1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MARIE CHRISTINE FANYO-PATCHOU,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CR19-0146-JCC

SUPPLEMENTAL CITATION TO
AUTHORITY

COME NOW the defendants, Marie Christine Fanyo-Patchou, Rodrigue Fodjo
Kamdem, and Christian Fredy Djoko, by and through their attorneys, and submit the following
supplemental authority related to their *Reply Regarding Unconstitutionality of 18 U.S.C. §
2261A(2)(B)*, Dkt. No. 181, and the citation to *United States v. Sineneng-Smith*, 910 F.3d 461
(9th Cir. 2018), *cert. granted* 140 S. Ct. 36, 204 L. Ed. 2d 1194 (2019), at pp. 17-18, 29:

    1.    *United States v. Sineneng-Smith*, ___ U.S. ___, No. 19-67 (5/7/20)
        (vacating Ninth Circuit because it abused its discretion by its invitation
        to amici to raise an overbreadth argument not raised by the appellant,
        and not reaching the overbreadth argument itself).

**Law Office of Neil Fox, PLLC**
**2125 Western Ave., Suite 330**
**Seattle, Washington 98121**
**206-728-5440**

1    DATED this 7th day of May 2020.

2        Respectfully submitted,

3    s/ Gregory Geist_____          s/ Neil M. Fox_____
     s/ Ann Wagner_____          s/ Michael P. Iaria_____
4    s/ Jennifer E. Wellman_____     Attorneys for Ms. Fanyo-Patchou
     Attorneys for Mr. Djoko

5
     s/ Robert Flennaugh II_____
6    s/ Cynthia B. Jones_____
     Attorneys for Mr. Kamdem

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL CITATION TO AUTHORITY - Page 2
(*United States v. Fanyo-Patchou et al.*, No. CR19-0146-JCC)

**Law Office of Neil Fox, PLLC**
**2125 Western Ave., Suite 330**
**Seattle, Washington 98121**
**206-728-5440**

1

2

*CERTIFICATE OF SERVICE*

3        I hereby certify that on the 7th day of May 2020, I electronically filed the foregoing

4   with the Clerk of the Court using the CM/ECF system which will send notification of such

5   filing to attorney of record for the Plaintiff, co-defendants and all other parties.

6

7                s/ Neil M. Fox
                 Attorney for Ms. Fanyo-Patchou

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Law Office of Neil Fox, PLLC**
**2125 Western Ave., Suite 330**
**Seattle, Washington 98121**
**206-728-5440**