THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEM, AND CHRISTIAN FREDY DJOKO,<br><br>    Defendants. | No. CR 19-0146JCC<br><br>**NOTICE OF INTERLOCUTORY APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS**<br><br>*Clerk's Action Required* |

Notice is hereby given that the defendants, Marie Christine Fanyo-Patchou, by her attorneys, Neil M. Fox and Michael P. Iaria, Rodrigue Fodjo Kamdem, by his attorneys Cynthia Jones and Robert Flennaugh II, and Christian Fredy Djoko, by his attorneys Jennifer E. Wellman, Gregory Geist and Ann Wagner, appeal to the United States Court of Appeals for the Ninth Circuit, the district court's ORDER denying the Defendants' amended motion to dismiss the indictment based upon a facial challenge to the constitutionality of 18 U.S.C. § 2261A(2)(B)  The order was entered on August 19, 2020

NOTICE OF INTERLOCUTORY APPEAL TO
THE NINTH CIRCUIT COURT OF APPEALS
(*US v. Fanyo-Patchou et al.*, CR 19-146 JCC) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**

(Dkt. No. 197) by the Honorable John C. Coughenour of the United States District Court for the Western District of Washington. A copy of the ORDER is attached.

DATED this 28th day of August 2020.

Respectfully submitted,

s/ *Gregory Geist*
s/ *Ann Wagner*
s/ *Jennifer E. Wellman*
Attorneys for Christian Fredy Djoko
Address: Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101

s/ *Robert Flennaugh II*
s/ *Cynthia Jones*
Attorneys for Rodrigue Fodjo Kamdem
Address: Cynthia B Jones
Jones Legal Group, LLC
1200 Fifth Ave. Suite 625
Seattle, Washington 98101

s/ *Robert Flennaugh , II*
Law Office of Robert Flennaugh II
810 Third Ave. Suite 500
Seattle, Washington 98104

s/ *Neil M. Fox*
s/ *Michael P. Iaria*
Attorneys for Marie Christine Fanyo-Patchou
Address: Neil M. Fox
Law Office of Neil Fox PLLC
2125 Western Avenue, Suite 330
Seattle, Washington 98121

s/ *Michael P. Iaria*
Law Office of Michael Iaria, PLLC
1000 Second Avenue, Suite 3140
Seattle, Washington 98104

NOTICE OF INTERLOCUTORY APPEAL TO
THE NINTH CIRCUIT COURT OF APPEALS
(*US v. Fanyo-Patchou et al.*, CR 19-146 JCC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**