WA/WD PTS-NoAction
(01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 01/14/2021

**Name of Defendant:** Rodrigue Fodjo Kamdem  **Case Number:** 2:19CR00146JCC-002

**Name of Judicial Officer:**  The Honorable Michelle L. Peterson, United States Magistrate Judge

**Original Offense:**  Conspiracy to Engage in Cyberstalking; Interstate Stalking

**Date Supervision Commenced:** 08/16/2019

Bond Conditions Imposed:

- Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- No direct or indirect contact with the victim, and/or his family in this case.

- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

Case 2:19-cr-00146-JCC   Document 222   Filed 01/14/21   Page 2 of 3

| | |
|---|---:|
| The Honorable Michelle L. Peterson, United States Magistrate Judge | Page 2 |
| Report on Defendant Under Pretrial Services Supervision | 1/14/2021 |

- MODIFICATION (12/10/20): The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant shall be monitored by Active Global Positioning Satellite Technology. The defendant shall abide by all program requirements, and must contribute towards the costs of the service, to the extent financially able, as determined by the location monitoring specialist.

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following conditions of supervision:

### Nature of Noncompliance

1. Travelling outside the Western District of Washington without the approval of Pretrial Services, on December 19, 2020

**Supporting Evidence**: On December 19, 2020, the defendant travelled into the Eastern District of Washington, specifically towards, Leavenworth, Washington. United States Probation Officer Julie Jansen, who oversees the defendant's location monitoring, contacted Mr. Kamdem upon learning he was out of district. She directed the defendant to return home and he complied. The defendant told Officer Jansen he believed he could travel anywhere in Washington State. I followed up with Mr. Kamdem and reminded him of the geographic barriers for the Western District of Washington.

### United States Probation Officer Action:
☒    Reprimand

I emailed Assistant United States Attorney Ye-Ting Woo, as well as defense counsel, Robert Flennaugh, and they did not object to my recommendation.

I respectfully recommend that the Court endorse the actions taken at this time.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 14th day of January, 2021. | BY: |
| *[signature]*<br>Mike Munsterman<br>United States Probation Officer | *[signature]*<br>Patrick E. Robertson<br>Supervising United States Probation Officer |

| | |
|---|---|
| The Honorable Michelle L. Peterson, United States Magistrate Judge<br>Report on Defendant Under Pretrial Services Supervision | Page 3<br>1/14/2021 |

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☑ Judicial Officer endorses the United States Probation Officer's actions
☐ Issue a Summons
☐ Issue a Warrant
☐ Other

*[signature]*

Michelle L. Peterson, United States Magistrate Judge

January 14, 2021
Date