THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEM, and, CHRISTIAN FREDY DJOKO, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court's scheduling order sets the deadline for the "Parties' disclosure of FRE 404(b) trial evidence" for March 14, 2021. (Dkt. No. 221 at 1.) Defense counsel contacted the Courtroom Deputy to confirm that the order does not require Defendants to disclose Rule 404(b) evidence because Federal Rule of Evidence 404(b)(3) applies only to "the prosecutor." Defense counsel is correct; the Court AMENDS the scheduling order to say, "The Government's disclosure of FRE 404(b) trial evidence."

//

//

//

MINUTE ORDER
CR19-0146-JCC
PAGE - 1

DATED this 11th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk