THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIE CHRISTINE FANYO-PATCHOU, *et al.*,<br><br>　　　　　Defendants. | CASE NO. CR19-0146-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　Before the Court are Defendant Christian F. Djoko's Unopposed Motion to Return Passport (Dkt. No. 260) and Defendant Rodrigue F. Kamdem's Unopposed Motion to Return Passport (Dkt. No. 261). On September 15, 2021, the Court granted the Government's unopposed motion to dismiss the indictment without prejudice. (Dkt. No. 259.) In light this, and the Government's non-opposition to returning these passports, the Court finds no reason to retain Mr. Djoko's or Mr. Kamdem's passports.

　　　　Accordingly, the Court GRANTS their motions (Dkt. Nos. 260, 261). It is further ORDERED as follows:

　　　　1.　　The Clerk will, upon request from Mr. Kamdem or his counsel, release Mr.

Kamdem's passport either directly to him or to his counsel, the Law Office of Robet Flennaugh II, PLLC.

    2.    The Clerk will, upon request from Mr. Djoko or his counsel, release Mr. Dkjoko's passport either directly to him or to his counsel, the Federal Public Defender.

DATED this 21st day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
